1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5030
Telephone No. (619) 234-8467
4 Email: Stephen_Demik@fd.org

5 Attorneys for Mr. Alfonso Fuentes, Jr.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ8314 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ALFONSO FUENTES, JR. | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated:  April 10, 2008            /s/ *STEPHEN D. DEMIK*
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Defendant
                                  Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: April 10, 2008            /s/ STEPHEN D. DEMIK
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467 (tel)
                                              (619) 687-2666 (fax)
                                              Stephen_Demik@fd.org (email)