PS8a

May 20, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA
### Report on Defendant Under Supervision

**Name of Defendant:** Alfonso Fuentes Jr. (English)          **Dkt No.:** 08CR1441JLS-001

**Name of Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Date Conditions Were Ordered:** April 9, 2008, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment.

**Date Released on Bond:** May 2, 2008

**Charged Offense:** 21 U.S.C. 952 & 960: Importation of 47.16 Kilograms of Marijuana

**Next Court Hearing:** May 20, 2008, at 3:00 p.m. before the Honorable Anthony J. Battaglia, U.S. Magistrate Judge

**Asst. U.S. Atty.:** John F. Weis
(760) 370-0893

**Defense Counsel:** Stephen Demik, Federal Defenders
(619) 234-8467

**Prior Violation History:** None.

## NONCOMPLIANCE SUMMARY

The defendant submitted a urinalysis sample on May 6, 2008, which tested positive for methamphetamine and opiate use. When confronted, the defendant admitted using methamphetamine and the prescription medication Vicodin which is not prescribed to him. Mr. Fuentes was admonished for his violations and was reminded that any violation may result in his return to custody and forfeiture of the bond. The defendant was apologetic and assured he will remain drug free.

Mr. Fuentes was advised that considering his drug addiction, it is recommended he enter "Turning Point" Residential Drug Treatment Program. Unfortunately, after an extensive discussion with Pretrial Services, the defendant refused to enter "Turning Point". Mr. Fuentes states he does not want to be away from his family and hopes to return to work soon. He explains that he has dealt with his drug addiction in the past and feels he can remain drug free while on bond.



FILED

MAY 2 7 2008

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**Name of Defendant:** Alfonso Fuentes Jr.

**Docket No.:** 08CR1441JLS-001

May 20, 2008

Page 2

**U.S. Pretrial Services Officer Recommendation:** Since the defendant's release from custody, he has reported as directed and has made his court appearance. With this considered, Pretrial Services views the defendant as a minimal risk of non-appearance. Outside the inherent nature of illicit drug use, we have no information which will indicate the defendant is a danger to the community. As Mr. Fuentes was forthright regarding his violation and in light of his desire to remain in compliance with his conditions of release, our office is not requesting any Court action at this time. Pretrial Services will continue to monitor the defendant while on bond and report any violations forthwith.

Respectfully submitted:

by _____

Arturo Montaño

United States Pretrial Services Officer

(760) 335-3436

Reviewed and approved:

_____

Carlos Gutierrez

Supervising U.S. Pretrial Services Officer

Attachments _____

**THE COURT ORDERS:**

_____ TAKE NO ACTION

___✓___ Other _cite defendant into court on the violation_

_____

Peter C. Lewis

U.S. Magistrate Judge

5-22-08

Date

PS 8C
(05/08)

Name of Defendant: Fuentes, Alfonso Jr.                                        May 23, 2008
Docket No.: 08CR1441JLS-001

## PETITIONING THE COURT

## TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS

The Pretrial Services officer believes the defendant has violated the following conditions of pretrial release:

| CONDITION | ALLEGATION OF NONCOMPLIANCE |
|---|---|
| **(Standard/Special Condition)** | |
| Not possess or use any narcotic drug or controlled substance, (defined in 21 USC 802) without a lawful medical prescription. | 1. The urinalysis sample provided by the defendant on May 6, 2008, confirmed positive for methamphetamine and opiate use. |

***Grounds for Revocation:*** I received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms that the urine sample provided by the defendant at U.S. Pretrial Services on May 6, 2008, confirmed positive for methamphetamine and opiate use. The defendant further admitted using methamphetamine and the prescription medication Vicodin which is not prescribed to him while on bond.

PS 8C
(05/08)

Name of Defendant: Fuentes, Alfonso Jr.                                    May 23, 2008
Docket No.: 08CR1441JLS-001

---

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 05-23-08

Respectfully submitted:                          Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____                       _____
Arturo Montaño                                   Carlos Gutiérrez
U.S. Pretrial Services Officer                   Supervising U.S. Pretrial Services Officer
(760) 335-3436
El Centro, California

**THE COURT ORDERS:**

_____ Cite the defendant to appear on May 29, 2008, at 1:30 p.m.

_____ Other _____

_____                          5-27-08
Peter C. Lewis                                   Date
U.S. Magistrate Judge