```
 1 | STEPHEN D. DEMIK
   | California Bar No. 221167
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, California 92101-5008
   | Telephone: (619) 234-8467
 4 |
 5 | Attorneys for Defendant Fuentes
 6 |
 7 |
 8 |            UNITED STATES DISTRICT COURT
 9 |           SOUTHERN DISTRICT OF CALIFORNIA
10 |         (HONORABLE JANIS L. SAMMARTINO)
11 | UNITED STATES OF AMERICA,    )  Criminal No. 08CR1441-JLS
                                  )
12 |         Plaintiff,            )  ACKNOWLEDGMENT
                                  )  OF NEXT COURT DATE
13 | v.                            )
                                  )
14 | ALFONSO FUENTES, JR.,         )
                                  )
15 |         Defendant.            )
                                  )
16 |
```

17     I, Alfonso Fuentes, Jr., hereby acknowledge that my next court date to appear on June 6, 2008,
18 at 10:00 a.m. in the United States District Court for the Southern District of California.
19     I declare that the foregoing is true and correct.
20
21 Dated: 06/04/08
22                                              ALFONSO FUENTES, JR.
23
24
25 C:\Documents and Settings\Admin\Local Settings\Temp\notesC6B872\Ack.wpd
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: June 5, 2008

/s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)