**DIANE M. REGAN**
California Bar No. 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
E-mail: Diane_Regan@fd.org

Attorneys for Mr. Fuentes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08cr1441-JLS (PCL) |
| Plaintiff, | |
| v. | **STIPULATION FOR MODIFICATION OF BOND CONDITIONS** |
| **ALFONSO FUENTES, JR.**, | |
| Defendant. | |

   **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the travel restrictions imposed on Mr. Fuentes' bond conditions be modified to allow for travel between the Southern District of California and the Central District of California so that Mr. Fuentes may travel to the Central District for his child's dentist visits.

///
///
///
///
///
///
///
///

Consent forms from the sureties in this matter will be filed under separate cover and avert that neither surety opposes the modification requested herein

**SO STIPULATED.**

Dated: August 12, 2008    */s/ Stephen D. Demik*
**STEPHEN D. DEMIK**
Federal Defenders of San Diego Inc.
Attorneys for Mr. Fuentes

Dated: August 12, 2008    */s/ John Weis*
**JOHN WEIS**
Assistant United States Attorney

Dated: August 12, 2008    */s/ Arturo Montano*
**ARTURO MONTANO**
U.S. Pretrial Services Officer

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**John Weis**
john.weis@usdoj.gov

Dated: August 12, 2008

*/s/ Diane Regan*
**DIANE M. REGAN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: Diane_Regan@fd.org