**DIANE M. REGAN**
California State Bar Number 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: diane_regan@fd.org

Attorneys for Mr. Fuentes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE PETER C. LEWIS**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1441-JLS (PCL) |
| Plaintiff, | |
| v. | |
| **ALFONSO FUENTES, JR.**, | **NOTICE OF CONSENT OF SURETY IN SUPPORT OF STIPULATION FOR MODIFICATION OF BOND CONDITIONS** |
| Defendant. | |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
       JOHN WEIS, ASSISTANT UNITED STATES ATTORNEY and
       ARTURO MONTANO, UNITED STATES PRETRIAL SERVICES OFFICER.

The defendant, Alfonso Fuentes, Jr., by and through his counsel, Diane M. Regan and Federal Defenders of San Diego, Inc., files the following Consent of Surety in Support of the Stipulation for Modification of Bond Conditions.

                                    Respectfully submitted,

                                    */s/ Diane M. Regan*
DATED: August 12, 2008              **DIANE M. REGAN**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant Mr. Fuentes

**FEDERAL DEFENDERS OF SAN DIEGO, INC.**

The Federal Community Defender Organization for the Southern District of California

August 12, 2008

Re: *USA v. Alfonso FUENTES, Jr.   08MJ8314*

Dear Judge Lewis,

I, the surety on the bond of Mr. Alfonso Fuentes, agree to the court's modification of his bond conditions allowing him to travel to the Central District for the purpose of child's dentist visit at the discretion of U.S. Pretrial Services.

I, understand that this changes the terms of the agreement that I signed and agree to continue to act a surety on the bond with the changed conditions.

*[signature]*
Alberto Fuentes

NBC Building
225 Broadway
Suite 900
San Diego,
California
92101-5008
(619) 234-8467
FAX (619) 687-2666

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

John Weis, Assistant U.S. Attorney

john.weis@usdoj.gov

Dated: August 12, 2008        */s/ Diane Regan*
                              **DIANE M. REGAN**
                              Federal Defenders of San Diego, Inc.
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
       (619) 687-2666  (fax)  (619) 234-8467  (tel)
                              E-mail: Diane_Regan@fd.org