UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALFONSO FUENTES, JR.,<br><br>    Defendant. | Criminal No. 08cr1441-JLS (PCL)<br><br>**ORDER TO**<br>**MODIFY BOND CONDITIONS** |

**IT IS HEREBY ORDERED FOR GOOD CAUSE HAVING BEEN SHOWN** that the travel restrictions imposed on the above-named defendant's bond conditions be modified to allow for travel between the Southern District of California and the Central District of California.

**SO ORDERED.**

August 12, 2008
DATE

**HONORABLE PETER C. LEWIS**
United States Magistrate Judge